**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **MARSHA TWYMAN,** )<br>　　　　**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**M. JOHN BERRY, Director,** )<br>**United States Office of Personnel Management,** )<br> )<br>**and** )<br> )<br>**UNITED STATES OFFICE OF PERSONNEL** )<br>**MANAGEMENT,** )<br>　　　　**Defendants.** ) | **CIVIL ACTION NO: 2:08cv519** |

**FEDERAL DEFENDANTS'
MOTION TO DISMISS COUNT I FOR FAILURE TO PROSECUTE, OR IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT ON COUNT I**

COMES NOW the defendants, by counsel, and move to dismiss Count I of the complaint for the following reasons:

1. Pursuant to Fed. R. Civ. P. 41(b), because plaintiff has failed to appropriately prosecute this claim in accordance with this Court's *Joint Rule 16(b) Scheduling Order*, filed August 12, 2009;

2. Pursuant to Fed. R. Civ. P. 56, because plaintiff has failed, under the highly deferential standard of review dictated by 5 U.S.C. § 7703(c), to establish error by the Merit Systems Protection Board when it upheld the agency's removal of plaintiff for unacceptable performance.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　M. JOHN BERRY, Director
　　　　　　　　　　　　　　　　United States Office of Personnel Management

　　　　　　　　　　　　　　　　UNITED STATES OFFICE OF PERSONNEL

          MANAGEMENT
          Defendants

          NEIL H. MACBRIDE
          United States Attorney

By:     //s//
          Kent P. Porter
          Assistant United States Attorney
          Virginia State Bar No. 22853
          Attorney for Federal Defendants
          8000 World Trade Center
          101 West Main Street
          Norfolk, Virginia 23510
          Phone: 757.441.6331
          FAX: 757.441.6689
          EMAIL: Kent.Porter@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that, on the 8th day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

James H. Shoemaker, Jr., VSB #33148
Veronica Meade-Sheppard , VSB #66727
Patten, Wornom, Hatten & Diamonstein, LLC
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Phone: 757.223-4580
FAX: 757.223-4518
EMAIL: jshoemaker@pwhd.com
       vsheppard@pwhd.com

          /s/
          Kent P. Porter
          Assistant United States Attorney
          Virginia State Bar No. 22853
          Attorney for Federal Defendants
          United States Attorney's Office
          101 West Main Street, Suite 8000
          Norfolk, VA  23510
          757- 441-6331 Office
          757-441-6689   Fax
          Kent.Porter@usdoj.gov