**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | | |
|---|---|---|
| **MARSHA TWYMAN,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO: 2:08cv519** |
| | ) | |
| **M. JOHN BERRY, Director,** | ) | |
| **United States Office of Personnel Management,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **UNITED STATES OFFICE OF PERSONNEL** | ) | |
| **MANAGEMENT,** | ) | |
|     **Defendants.** | ) | |

**FEDERAL DEFENDANTS'
MOTION TO DISMISS COUNT I FOR FAILURE TO PROSECUTE, OR IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT ON COUNT I**

    COMES NOW the defendants, by counsel, and move to dismiss Count I of the complaint for the following reasons:

    1.  Pursuant to Fed. R. Civ. P. 41(b), because plaintiff has failed to appropriately prosecute this claim in accordance with this Court's *Joint Rule 16(b) Scheduling Order*, filed August 12, 2009;

    2.  Pursuant to Fed. R. Civ. P. 56, because plaintiff has failed, under the highly deferential standard of review dictated by 5 U.S.C. § 7703(c), to establish error by the Merit Systems Protection Board when it upheld the agency's removal of plaintiff for unacceptable performance.

                                          Respectfully submitted,

                                          M. JOHN BERRY, Director
                                          United States Office of Personnel Management

                                          UNITED STATES OFFICE OF PERSONNEL

        MANAGEMENT
        Defendants

        NEIL H. MACBRIDE
        United States Attorney

By:       //s//
        Kent P. Porter
        Assistant United States Attorney
        Virginia State Bar No. 22853
        Attorney for Federal Defendants
        8000 World Trade Center
        101 West Main Street
        Norfolk, Virginia 23510
        Phone: 757.441.6331
        FAX: 757.441.6689
        EMAIL: Kent.Porter@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 8th day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

James H. Shoemaker, Jr., VSB #33148
Veronica Meade-Sheppard , VSB #66727
Patten, Wornom, Hatten & Diamonstein, LLC
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Phone: 757.223-4580
FAX: 757.223-4518
EMAIL: jshoemaker@pwhd.com
        vsheppard@pwhd.com

        /s/
        Kent P. Porter
        Assistant United States Attorney
        Virginia State Bar No. 22853
        Attorney for Federal Defendants
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA  23510
        757- 441-6331 Office
        757-441-6689   Fax
        Kent.Porter@usdoj.gov