IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MARSHA TWYMAN**

    **Plaintiff**

**v.**

**M. JOHN BERRY,**

                                           **Civil Action No. 2:08cv519**

**and**

**UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT**

    **Defendants.**

### PLAINTIFF TWYMAN'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Marsha Twyman respectfully moves for leave to file her motion for partial summary judgment out of time. The reasons offered in support of this motion are set forth in section II of "Memorandum of Law in Support of Plaintiff Twyman's Motion for Partial Summary Judgment and in Opposition to the Federal Defendants' Motion to Dismiss Count I for Failure to Prosecute, or in the Alternative, for Summary Judgment on Count I" at pages 2 and 3.

                                            Respectfully submitted,

                                            **MARSHA TWYMAN**

By:             */s/*
          James H. Shoemaker, Jr.
          VSB No. 33148
          Veronica E. Meade Sheppard
          VSB No. 66727
          Patten, Wornom, Hatten & Diamonstein, L.C.
          12350 Jefferson Avenue, Suite 300

        Newport News, Virginia 23602
        Telephone: (757) 223-4580
        Facsimile: (757) 223-4518
        jshoemaker@pwhd.com
        vsheppard@pwhd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kent P. Porter
Assistant United States Attorney
Attorney for Federal Defendants
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia  23510
Telephone:  757-441-6331
Facsimile:   757-441-6689
Kent.Porter@usdoj.gov

        */s/*
        James H. Shoemaker, Jr., VSB No. 33148
        Veronica E. Meade Sheppard, VSB No. 66727
        *Counsel for Plaintiff*
        Patten, Wornom, Hatten & Diamonstein, L.C.
        12350 Jefferson Avenue, Suite 300
        Newport News, Virginia 23602
        Telephone: (757) 223-4580
        Facsimile: (757) 223-4518
        jshoemaker@pwhd.com
        vsheppard@pwhd.com