IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MARSHA TWYMAN**

    **Plaintiff**

**v.**

**M. JOHN BERRY,**                                 **Civil Action No. 2:08cv519**

**and**

**UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT**

    **Defendants.**

## NOTICE OF APPEAL

Notice is hereby being given that the Plaintiff, Marsha Twyman, by counsel, hereby appeals the judgment and order entered on December 14, 2009, which constituted a final order dismissing Count I of Plaintiff's Complaint for termination in violation of 5 U.S.C. § 7701(c)(1)(A) and other laws, to the United States Court of Appeals for the Fourth Circuit.

                                               Respectfully submitted,

                                               **MARSHA TWYMAN**

                                By:       /s/
                                                Of Counsel

James H. Shoemaker, Jr., VSB No. 33148
*Counsel for Plaintiff Marsha Twyman*
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 223-4474
Jshoemaker@pwhd.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Kent P. Porter
Assistant United States Attorney
Attorney for Federal Defendants
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: 757-441-6331
Facsimile: 757-441-6689
Kent.Porter@usdoj.gov
*Counsel for Defendants*

              /s/
          James H. Shoemaker, Jr., VSB No. 33148
         Patten, Wornom, Hatten & Diamonstein, L.C.
         12350 Jefferson Avenue, Suite 300
         Newport News, Virginia 23602
         Telephone: (757) 223-4580
         Facsimile: (757) 223-4474
         Jshoemaker@pwhd.com